FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* MARCH 9, 2026 *
BROOKLYN OFFICE

MEF:EMR
F. #2026R00004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JUSTIN MCMILLIAN and
JUSTIN COLON,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 26-CR-49
(T. 18, U.S.C., §§ 241, 242, 250(b)(5)(A)
and 3551 et seq.)

Judge Frederic Block
Magistrate Judge Peggy Cross-Goldenberg

THE GRAND JURY CHARGES:

COUNT ONE
(Conspiracy Against Rights)

1. On or about July 20, 2024, within the Eastern District of New York and elsewhere, the defendants JUSTIN MCMILLIAN and JUSTIN COLON, while acting under color of law as New York City Police Department ("NYPD") officers, conspired to injure, oppress, threaten and intimidate a person, to wit: Jane Doe, an individual whose identity is known to the Grand Jury, in the free exercise and enjoyment of a right and privilege secured to them by the Constitution and laws of the United States, to wit: the right to be free from unreasonable searches and seizures by one acting under color of law.

(Title 18, United States Code, Sections 241 and 3551 et seq.)

COUNT TWO
(Deprivation of Rights Under Color of Law)

2. On or about July 20, 2024, within the Eastern District of New York and elsewhere, the defendants JUSTIN MCMILLIAN and JUSTIN COLON, while acting under color

of law as NYPD officers, willfully deprived Jane Doe of her right to be free from unreasonable searches and seizures by one acting under color of law, a right secured and protected by the Constitution and laws of the United States, by stealing money from Jane Doe.

(Title 18, United States Code, Sections 242 and 3551 et seq.)

## COUNT THREE
(Deprivation of Rights Under Color of Law)

3. On or about July 20, 2024, within the Eastern District of New York and elsewhere, the defendant JUSTIN MCMILLAN, while acting under color of law as a NYPD officer, willfully deprived Jane Doe of her right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, by groping Jane Doe's bare buttocks and breast, all without Jane Doe's consent and without a legitimate government purpose. In the course of committing the offense, the defendant engaged in abusive sexual contact of the type prohibited by Title 18, United States Code, Section 2242.

(Title 18, United States Code, Sections 242, 250(b)(5)(A) and 3551 et seq.)

A TRUE BILL

/s/
_____
FOREPERSON

*By David Pitluck, Assistant U.S. Attorney*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK